UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21CR98-PPS/JPK |
| ) | NO. 2:23CR18-PPS/JPK |
| ANTOINE JERMELL GATES, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Antoine Jermell Gates entered into a plea agreement with the government under which Gates was to plead guilty to Counts 1 and 3 of the Superseding Indictment in Case No. 2:21CR98, as well as Counts 1 and 2 of a separate Information in Case No. 2:23CR18. I referred both matters to Magistrate Judge Joshua P. Kolar for a report and recommendation. After a hearing, supplemental briefing, and a status conference, the parties and Judge Kolar agree that defendant's admissions do not clearly establish a factual basis as to Gates' guilt of Count 1 of the Superseding Indictment. [No. 2:21CR98 at DE 531, 535, 546.] Because Gates is unable to plead guilty to that charge, the terms of the plea agreement have not been met. I will reject the recommendations to accept Gates' pleas of guilty to fewer than all of the charges contemplated by the parties' plea agreement. Judge Kolar has set a status conference for May 22, 2023 in Case No. 2:21CR98. At that time, the parties can discuss whether an amended plea agreement will be filed or some other course will be taken to move the two cases toward disposition.

ACCORDINGLY:

For the reasons explained in the accompanying order, the magistrate judge's recommendations to accept Antoine Jermell Gates' plea of guilty to Count 3 of the Superseding Indictment in Case No. 2:21CR98 [DE 531] and to Counts 1 and 2 of the Information in Case No. 2:23CR18 [DE 5] are REJECTED.

SO ORDERED.

ENTERED: May 10, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT